IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VINCENT YAP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-170 (AJT/JFA) |
| ) | |
| JOHN DOE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

On March 25, 2022, Magistrate Judge Anderson issued his Report and Recommendation, [Doc. No. 12], ("Report" or "Report and Recommendation") that Plaintiff's Motion for Default Judgment (the "Motion"), [Doc. No. 8], be granted. The Magistrate Judge further advised the parties that objection to the Report must be filed within fourteen (14) days of service and that failure to object waives appellate review. [Doc. No. 12] at 11. No party filed an objection to the Report by the deadline of April 8, 2022.

On May 3, 2022, a claimant for Defendant domain name 717.COM filed a Motion to Vacate Default Judgment. [Doc. No. 14]. On May 9, 2022, claimants for Defendant domain names 717.COM and 1588.COM filed a consent motion to set aside defaults. [Doc. No. 18]. On May 10, 2022, the Magistrate Judge ordered that the Clerk's Entry of Default as to Defendant domain names 717.COM and 1588.COM be set aside, the hearing set for May 13, 2022 be cancelled and the unobjected to portion of the Report and Recommendation that pertains to Defendants domain name 284.COM and John Doe remain pending action by the District Judge. [Doc. No. 19].

Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge in the Report and Recommendation and the May 10, 2022 Order. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation, [Doc. No. 12], be, and the same hereby is, **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment, [Doc. No. 8], be, and the same hereby is, **GRANTED** as to Count II against 284.COM and Defendant John Doe; and it is further

**ORDERED** that VeriSign, Inc., the registry for the Defendant Domain Names, change the registrar of record for domain names 284.COM to Plaintiff's choice of registrar and that the registrar register the domain name in Plaintiff's account; and it is further

**ORDERED** that defendant domain names 717.COM and 1588.COM file their Answer to the Complaint within 20 days of this Order.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58 and to forward a copy of this Order to all counsel of record and John Doe Defendant.

.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 13, 2022