IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| Vincent Yap, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22cv–170 |
| | ) | |
| John Doe, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| <284.com>, <717.com>, and <1588.com>, | ) | |
| | ) | |
| Defendants. | ) | |

<u>Rule 41 Notice of Dismissal Without Prejudice Regarding 1588.com and 717.com</u>

The Plaintiff, by counsel, hereby dismisses without prejudice all claims regarding 1588.com and 717.com pursuant to Rule 41 as no opposing party has filed an answer or a motion for summary judgment.

Date: June 8, 2022

Respectfully Submitted,
Vincent Yap
by counsel

/s Jonathan Westreich
_____

| | |
|---|---|
| Jonathan Westreich, Esq. | and |
| VSB No. 37393 | |
| Greenberg & Lieberman, LLC (of counsel) | Stevan Lieberman, Esq. |
| 604 Cameron Street | (Not admitted in Virginia) |
| Alexandria, Virginia 22314 | Greenberg & Lieberman, LLC |
| 703-299-9050 / fax: 703-548-1831 | 1775 Eye Street, NW #1150 |
| jonathan@westreichlaw.com | Washington, D.C. 20006 |
| | (202) 625-7000, Fax: 202-625-7001 |
| | Stevan@aplegal.com |

Counsel to Vincent Yap

1

<u>Certificate of Service</u>

  I hereby certify that on this 8th day of June, 2022, I electronically filed the foregoing by using the CM/ECF system which electronically served the same on counsel of record through the CM/ECF system.  Because one party is pro-se, I sent the foregoing by U.S. Mail and email to:

Dashiell C. Shapiro
1175 Miller Avenue
Berkeley, California 94708
dashiellshapiro@gmail.com

                /s Jonathan Westreich
                _____
                Jonathan Westreich, Esq.