```
NIXIE        207   DE 1          2206/07/22
              RETURN TO SENDER
          UNDELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 22314579899         *1317-08942-16-39
```



FILED
JUN 15 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

John Doe
21355 Ridgetop Circle
Lakeside III
Dulles, Virginia 20166

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VINCENT YAP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-170 (AJT/JFA) |
| ) | |
| JOHN DOE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 25, 2022, Magistrate Judge Anderson issued his Report and Recommendation, [Doc. No. 12], ("Report" or "Report and Recommendation") that Plaintiff's Motion for Default Judgment (the "Motion"), [Doc. No. 8], be granted. The Magistrate Judge further advised the parties that objection to the Report must be filed within fourteen (14) days of service and that failure to object waives appellate review. [Doc. No. 12] at 11. No party filed an objection to the Report by the deadline of April 8, 2022.

On May 3, 2022, a claimant for Defendant domain name 717.COM filed a Motion to Vacate Default Judgment. [Doc. No. 14]. On May 9, 2022, claimants for Defendant domain names 717.COM and 1588.COM filed a consent motion to set aside defaults. [Doc. No. 18]. On May 10, 2022, the Magistrate Judge ordered that the Clerk's Entry of Default as to Defendant domain names 717.COM and 1588.COM be set aside, the hearing set for May 13, 2022 be cancelled and the unobjected to portion of the Report and Recommendation that pertains to Defendants domain name 284.COM and John Doe remain pending action by the District Judge. [Doc. No. 19].

Case 1:22-cv-00170-AJT-JFA Document 24 Filed 06/15/22 Page 2 of 2 PageID# 954

Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge in the Report and Recommendation and the May 10, 2022 Order. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation, [Doc. No. 12], be, and the same hereby is, **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment, [Doc. No. 8], be, and the same hereby is, **GRANTED** as to Count II against 284.COM and Defendant John Doe; and it is further

**ORDERED** that VeriSign, Inc., the registry for the Defendant Domain Names, change the registrar of record for domain names 284.COM to Plaintiff's choice of registrar and that the registrar register the domain name in Plaintiff's account; and it is further

**ORDERED** that defendant domain names 717.COM and 1588.COM file their Answer to the Complaint within 20 days of this Order.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58 and to forward a copy of this Order to all counsel of record and John Doe Defendant.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 13, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **Vincent Yap** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-170-AJT/JFA |
| | ) |
| | ) |
| **John Doe et al** | ) |
| | ) |
| Defendant | ) |

## JUDGMENT

Pursuant to the Order of this Court entered on May 13, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff Vincent Yap and against the Defendants John Doe and 284.com.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
Samantha Williams
Deputy Clerk

Dated: 5/13/2022
Alexandria, Virginia